In the Matter of the Claim of MANUEL SITIRICHE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

676

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.